UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CURIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER OF THE ) <br> SOCIAL SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | Case No. ED CV 13-1412-PJW <br><br> J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further consideration.

DATED: October 3, 2014.

*(signature)*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\CURIEL, 1412\Judgment.wpd